SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER  (CSBN 95024)
Assistant United States Attorney

9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone:   (415) 436-6888
Fax:              (415) 436-6748

Attorneys for the United States of America

### IN THE UNITED STATES DISTRICT COURT FOR THE

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and ADELINA FOSTER, Revenue Officer, <br><br>   Petitioners, <br><br> v. <br><br> ALBERT A. GOMEZ, <br><br>   Respondent. | NO.  C-07-02091-WHA <br><br> **APPLICATION AND** <u>**ORDER OF DISMISSAL**</u> |

Petitioners United States of America and Adelina Foster hereby advise to Court that respondent Albert A. Gomez has complied with the Internal Revenue Service summons which is the subject of this enforcement action.  Petitioners, therefore, request that this action be dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

                                        Respectfully submitted,

                                        SCOTT N. SCHOOLS
                                        United States Attorney


                                        /s/ David L. Denier
                                        DAVID L. DENIER
                                        Assistant United States Attorney
                                        Tax Division

O R D E R

Upon the request of the petitioners and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action is hereby dismissed.

ORDERED this __26th____ day of ___June_____, 2007, at San Francisco, California.

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

APPLICATION & ORDER OF DISMISSAL
(No. C-07-2091-WHA)                    2